## IN THE MATTER OF JAMES W. DEVINE, AN ATTORNEY-AT-LAW.

Argued March 14, 1955—Decided March 14, 1955.

For the order: *Mr. A. Donald McKenzie, Jr.*

For the respondent: No appearance.

PER CURIAM. On March 11, 1954 James W. Devine, an attorney-at-law, was sentenced in the Union County Court on 11 indictments charging larceny, following his plea of *non vult* thereto. Concurrent sentences of from five to seven years in State Prison were imposed. He was also sentenced to a term of two to three years in State Prison following his plea of *non vult* to an indictment charging obtaining money and property by false pretenses. The latter sentence was suspended.

In the circumstances his name is ordered stricken from the roll of attorneys.

*For disbarment*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*Opposed*—None.